## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

JENNIFER R. LARKIN, individually and on
behalf of all those similarly situated,

                Plaintiff,

      vs.                          Case No. 1:18-cv-00496-WCG

FINANCE SYSTEM OF GREEN BAY, INC.
and JOHN DOES 1-25,

                Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Jennifer R. Larkin, appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's Judgment entered in this action on November 8, 2018 [Doc. 20], which granted Defendant's Motion to Dismiss, as well as, and including, the District Court's Decision and Order entered on November 8, 2018 [Doc. 19], which set forth the District Court's reasoning for granting Defendant's motion.

This appeal is taken from the entirety of the Decision and Order and Judgment and each and every aspect thereof.

                                          Respectfully submitted,

                                          *s/Andrew T. Thomasson*

Dated: December 5, 2018                 *Andrew T. Thomasson*
                                          Francis R. Greene (WI Bar # 1115577)
                                          Philip D. Stern (NJ Bar # 045921984)
                                          Andrew T. Thomasson (NJ Bar # 048362011)
                                            *Attorneys for Plaintiff, Jennifer Larkin*
                                          STERN•THOMASSON LLP
                                          150 Morris Avenue, 2nd Floor
                                          Springfield, NJ 07081
                                          Telephone: (973) 379-7500
                                          E-mail: Francis@SternThomasson.com
                                          E-mail: Philip@SternThomasson.com
                                          E-mail: Andrew@SternThomasson.com